NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

LUIS A. CARRILLO, Esq. SBN 70398
MICHAEL S. CARRILLO, Esq. SBN 258878
CARRILLO LAW FIRM, LLP
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

ATTORNEY(S) FOR:  JAVIER RAMIREZ

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAVIER RAMIREZ | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:26-cv-5633 |
| v. | |
| UNITED STATES OF AMERICA, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (**Local Rule 7.1-1**) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                     Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JAVIER RAMIREZ | PLAINTIFF |
| UNITED STATES OF AMERICA | DEFENDANT |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | DEFENDANT |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT | DEFENDANT |
| UNITED STATES CUSTOMS AND BORDER PROTECTION | DEFENDANT |
| DOES 1 THROUGH 20, INCLUSIVE | DEFENDANT |

5/28/2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

LUIS A. CARRILLO

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**