**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Javier Ramirez | | **CASE NUMBER** |
| | | |
| | PLAINTIFF(S) | 2:26-cv-05633-MWF-AJRx |
| v. | | |
| United States of America et al | | **ORDER RE TRANSFER** **(RELATED CASES)** |
| | DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

TRANSFER ORDER
DECLINED

_____
Date

_____
United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Both cases are civil rights actions involving the same defendants, policies and customs, and legal theories. However, each case arises from a unique set of facts surrounding the plaintiffs' arrest and the defendants' decision to use force to effectuate that arrest. The plaintiffs' federal and related state law claims thus rest on an inherently fact-intensive inquiry that must be decided on a individual basis.

July 10, 2026
_____
Date

Sunshine S. Sykes
_____
United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   5:26-cv-02834-SSS-ACCVx   and the present case:

☑  A.   Arise from the same or closely related transactions, happenings or events; or

☑  B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☑  C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐  D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

TRANSFER ORDER
DECLINED

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (06/23)                                    ORDER RE TRANSFER (Related Cases)